IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40947
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN WESLEY BROWN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:00-CR-113-1
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender (FPD), the court-appointed appellate counsel for John Wesley Brown, has moved for leave to withdraw and has filed a brief as required by Anders v. California.[1]  Brown has not responded to the motion.  Our independent review of the record and brief discloses no nonfrivolous issues for appeal.  Accordingly, the motion for leave to withdraw is GRANTED, the FPD is excused from further

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 386 U.S. 738 (1967)

responsibilities herein, and the appeal is DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.